# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

WILLIAM BRIGHAM WEAKS II
*and all others similarly situated under*
*29 USC § 216(b)* and LOUIE DESCHAMPS,

       Plaintiffs,

vs.                                       No. CIV 17-0121 JB\GBW
                                              No. CIV 17-0493 JB\GBW

NOVA MUD, INC.; KEN BROMLEY;
and NOVA HARDBANDING, LLC,

       Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on: (i) the Joint Motion to Approve Settlement, filed October 13, 2018 (Doc. 77)("Joint Motion"); (ii) the Joint Stipulation to Dismiss, filed October 13, 2018 (Doc. 78)("Stipulation"); and (iii) the Order Granting the Motion to Approve Settlement, filed June 10, 2019 (Doc. 80)("Order"). The Order approved the Joint Motion, which stated that the Plaintiffs and all Settlement Class members "dismiss any and all Released Claims against the Releasees with prejudice." Order at 4. The Joint Stipulation asked for the Court to dismiss "all of Plaintiffs' claims against Defendants with prejudice, and with each Party to bear their own costs and fees, except as otherwise stated in the settlement agreement." Joint Stipulation at 1. With no more parties or claims before the Court, the Court enters Final Judgment.

    **IT IS ORDERED** that: (i) this case and all claims in this case are dismissed with prejudice; and (ii) Final Judgment is entered.

 

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

J. Derek Braziel
Travis Andrew Gasper
Lee & Braziel LLP
Dallas, Texas

-- and --

Jack L. Siegel
Siegel Law Group PLLC
Dallas, Texas

-- and --

Jesse Hamilton Forester
Forester Haynie PLLC
Dallas, Texas

       *Attorneys for the Plaintiffs*

Fernando Bustos
Matthew Nephi Zimmerman
Bustos Law Firm, PC
Lubbock, Texas

       *Attorneys for the Defendants*